UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 1:12-CR-29 |
| | § | |
| THOMAS DREW WIDAK | § | |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes CANDELARIO ELIZONDO, attorney for THOMAS DREW WIDAK and would respectfully ask the Court for permission to withdraw, and would show the following:

I.

Defense attorney has a conflict of interest in the above cause. He has spoken with Defendant and the Assistant U.S. Attorney, John Craft and he is in agreement regarding the conflict.

II.

Defense counsel has represented a participant in the conspiracy previously.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays this court grants this motion.

Respectfully submitted,

ELIZONDO & ELIZONDO

/s/ CANDELARIO ELIZONDO

1

        Candelario Elizondo
        Texas State Bar No. 06521500
        1018 Preston, Suite 200
        Houston, Texas 77002
        Tel:  (713) 655-8085
        Fax:  (713) 223-9303

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2013 a copy of the foregoing Motion to Withdraw was served by notice of electronic filing upon all parties of record.

        /s/ CANDELARIO ELIZONDO
        Candelario Elizondo