| | |
|---|---|
| DATE | July 18, 2013 |
| LOCATION | BEAUMONT DIVISION |
| JUDGE | MARCIA CRONE |
| DEPUTY CLERK | Patricia Leger |
| RPTR/ECRO | Tonya Jackson |
| TAPE # | |
| USPO | Not present |
| INTERPRETER | |
| BEGIN | 3:51 pm |

CASE NUMBER _____

| | | |
|---|---|---|
| USA | John Craft | Assigned |
| VS | John Craft | Appeared |

THOMAS DREW WIDAK
Defendant

Baldemar Zuniga
Attorney

**FILED**
P.M. 7-18 20 13
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____
DEPUTY

## PLEA HEARING

- X (Plea Hearing)    Interpreter ☐ sworn
- X Hearing held    ☐ Hearing called
- X Information (felony)    ☐ kinfo.misd. . Information (misdemeanor)    ☐ ksl.info. . Information (sealed)
- ☐ Indictment unsealed    ☐ kinfo.uns. . Information Unsealed
- X Dft appears **X** with   ☐ without   counsel;   ☐ Dft appears pro se;   ☐ Counsel appears on behalf of dft.
- X Dft files Waiver of Indictment    **X** Dft. advised of right to grand jury consideration
- ☐ Dft first appearance with counsel   ☐ CJA   ☐ Ret.   ☐ USPD   ☐ kdaddatty
- X ...Dft
  - **X** sworn     **X** physically/mentally ready     ☐ name spelled
  - **X** advised of charges    **X** advised of maximum penalties    ☐ advised of right to remain silent;
  - ☐ advised of right to counsel    ☐ rec'd copy of the charges;    ☐ discussed charges w/ cnsl;
  - ☐ charges read    ☐ waived reading of charges;    **X** No pressure to plead
  - ☐ advised of alternate sentencing under Youth Corrections Act;
- ☐ Consent to trial before U.S. Magistrate Judge
- X Dft enters a plea of: ☐ ngpl. (not guilty)  **X** gpl. (guilty)  ☐ nolopl. (nolo)  ☐ glesspl. (guilty - lesser)
  to counts: **X** 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ all counts;
  ☐ Other Counts _____ Of the ☐ Indictment **X** Information ☐ Superseding Indictment
- X Factual Basis Established
- X Court finds plea voluntary, knowledgeable & that it has a basis in fact.
- X Plea accepted    ☐ kplagrej. Plea agreement rejected _____
- ☐ Plea Agreement acceptance deferred pending review of PSI
- X Plea agreement filed - in accordance with the local rules
- ☐ mfiling.ddl Motion filing deadline. Pretrial motions or change of plea due by _____
- ☐ Sentencing deferred for pre-sentence investigation.
- ☐ Sentencing set for _____ before Judge _____
- ☐ Government motion for detention
- ☐ Dft bond ☐ set ☐ reset to $_____ ☐ cash ☐ surety ☐ 10 % ☐ PR ☐ unsecured
- X Bond continued **X** in this case until _____ ☐ $_____ Type: _____ ☐ other case No. _____
- ☐ Order setting conditions of release    ☐ Bond executed, deft released;
- ☐ Entered Order of Detention    ☐ kotmpdtn. Temp Detention Pndg Hearing
- ☐ Dft remanded to custody of U.S. Marshal;   ☐ State charges (LO)
- ☐ Dft failed to appear, oral order for arrest warrant;   ☐ bond forfeited
- ☐ Government motion _____ ☐ koralo. . . _____
- ☐ Defendant motion _____ ☐ koralo. . . _____
- ☐ Exhibit List    ☐ kwitlst. Witness List

IN-COURT TIME:  31 **MIN**

CRIM 92-116    ☐ See reverse/attached for additional proceedings    4:22 pm    Adjourn